David Librace
8250 Harding Avenue
Apartment 18
Miami Beach, Florida 33141
(786) 342-4032



# UNITED STATES DISTRICT COURT
## South Florida Miami Division

David Librace

        Plaintiff's                   CIVIL CASE NO_____

VS.

Public Storage

        Defendants

## COMPLAINT

Count 1: Section 5(a) of the Federal Trade Commission Act (FTC Act) (15 USC §45) prohibits "unfair or deceptive acts or practices in or affecting commerce." This prohibition applies to all persons engaged in commerce.

Count 2: Negligence and breach of contract.

Count 3: Theft of property by conversion.

---

## JURISDICTION

The federal law governing diversity jurisdiction states that a case must have an

"amount-in-controversy" of $75,000.

## PARTIES

1. Plaintiff: This complaint at the time of illegal sale of storage unit was 203 S Seventh Street, West Helena, Arkansas 72390 Phillips County. This was the address listed on file with the defendant Public Storage and now resides at 8250 Harding Avenue Apartment 18 Miami Beach, Florida 33141

2. Defendant: PS Aventura Biscayne 2013 LLC whose corporate office is located at 701 Western Avenue, Glendale, California 91201 and operates Public Storage located at 21288 Biscayne Blvd, Aventura, Florida 33180.

## STATEMENT OF FACTS

On or around May, 2009 Plaintiff David Librace entered into a rental agreement with the Defendant. Plaintiff kept his address, phone numbers, and emails current with the Defendant and payments with set-up as reoccurring payments. At now time did Defendants notify via email, certified letter, or phone call that payment was delinquent. Plaintiff;s property was sold for $200.00. No video or pictures were taken of the auction and Defendant cannot prove that an auction had taken place. Upon Plaintiff returning back to Florida to gain access a copy of a letter was given claiming the auction had taken place.

Prior to the auction, Plaintiff received a call from Defendant claiming an investigator needed access to the unit. Plaintiff had a pending lawsuit against ACES Investigation owned and operated by Terry and Deborah Willette. The description provided by Defendant and vehicle was Terry Willette. Defendant would not confirm whether or not Terry Willette gained access but the unit was auctioned of soon afterward.

## DAMAGES AND RELIEF

Plaintiff seeks a judgment and monetary award against Defendants for loss of property, antiques, heirlooms.

1. Pain and suffering for the loss personal property and family heirlooms.
2. Punitive and Compensatory Damages.
3. Incidental Damages.
4. Liquidated Damages.
5. Consequential Damages.

Whereas Plaintiff ask the Court to grant a judgment against Defendant and award Plaintiff damages as stated under damages and relief.

Dated this January 6, 2021.

DAVID LIBRACE
8250 Harding Avenue #18
Miami Beach, FL 33141
(786) 342-4032



**CERTIFIED MAIL**

7020 2450 0000 3723 7491

Wilkie D. Ferguson, JR.
U.S. Courthouse
400 North Miami Avenue
Miami, Florida 33128



U.S. POSTAGE PAID
FCM LETTER
SURFSIDE, FL
33154
JAN 27 21
AMOUNT
$4.15
R2304M114690-22

This is
my submission
to
Don Liberia
33250 Herbert
My